# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138031(65)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE EVAN FEEZEL,
      Defendant-Appellant.

_____

SC: 138031
COA: 276959
Washtenaw CC: 05-001254-FH

      On order of the Chief Justice, the motion by *amicus curiae* Criminal Defense Attorneys of Michigan for extension to September 30, 2009 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2009

_____
Clerk